1 | THOMAS A .AMBROSE, ESQ.
1590 Webster Street, Suite A
2 | Fairfield, CA 94533
Telephone: (707) 429-5550
3 | Facsimile:  (707) 429-3560

4 | Attorney for Plaintiff
JACKIE BOWYER
5

6 | GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
7 | A Professional Corporation
555 12th Street, Suite 1800
8 | Oakland, CA  94607
Telephone: (510) 834-4350
9 | Facsimile: (510) 839-1897

10 | Attorneys for Defendant
TARGET CORPORATION
11

12 | UNITED STATES DISTRICT COURT

13 | EASTERN DISTRICT OF CALIFORNIA

14

15 | JACKIE BOWYER,                    )  Case No.:  2:11-CV-00804-LKK -GGH
                                              )
16 |          Plaintiff,                        )
                                              )  **STIPULATION AND ORDER TO
17 | vs.                                       )  ELECT REFERRAL OF ACTION TO
                                              )  VOLUNTARY DISPUTE
18 | TARGET CORPORATION, TARGET     )  RESOLUTION PROGRAM (VDRP)
STORES, TARGET STORES            )  PURSUANT TO LOCAL RULE 271**
19 | INCORPORATED, TARGET and Does 1 to )
40,                                          )
20 |                                           )
                                              )
21 |          Defendants.                   )
_____)

22 |         Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to

23 | the Voluntary Dispute Resolution Program.

24

25 | DATED: _June 17, 2011_____                    _/S/ Thomas A. Ambrose_____
                                                                THOMAS A. AMBROSE, ESQ.
26 |                                                                   Attorney for Plaintiff
                                                                        JACKIE BOWYER

27

28

-1-

1

2   DATED:  June 10, 2011                          _/S/ Gail C. Trabish_____
                                                           GAIL C. TRABISH, ESQ.
3   _____           Attorneys for Defendant
                                                          TARGET CORPORATION
4

5

6   **IT IS SO ORDERED.**

7

8   DATED:  June 20, 2011.

9

10

11   LAWRENCE K. KARLTON
12   SENIOR JUDGE
     UNITED STATES DISTRICT COURT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -2-