1  THOMAS A. AMBROSE, ESQ. (SBN 065041)
   Attorney at Law
2  1590 Webster Street, Suite A
   Fairfield, CA 94533
3  Telephone: (707) 429-5550
   Facsimile:  (707) 429-3560
4  Attorney for Plaintiff
   JACKIE BOWYER

5

6  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
7  A Professional Corporation
   555 12th Street, Suite 1800
8  Oakland, CA  94607
   Telephone: (510) 834-4350
9  Facsimile: (510) 839-1897
   Attorneys for Defendant
10 TARGET CORPORATION

11

12                       UNITED STATES DISTRICT COURT

13                       EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JACKIE BOWYER, | No.: 2:11-cv-00804-LKK-GGH |
| Plaintiff, | [Solano Superior Court Case # FCS0368830] |
| vs. | **STIPULATION FOR EXTENSION TO FILE DISMISSAL OF ACTION; ORDER** |
| TARGET CORPORATION, TARGET STORES, TARGET STORES INCORPORATED, TARGET and Does 1 to 40, | Complaint Filed: November 8, 2010 |
| Defendants. | |

**STIPULATION FOR EXTENSION TO FILE DISMISSAL OF ACTION; ORDER**

**It is hereby stipulated and agreed** by and between the parties hereto by and through their respective counsel, settlement having been reached in this matter and additional time being needed to determine lien reimbursement and payment, that the time within which this action is to be dismissed be extended from October 26, 2011 to November 23, 2011.

| | | |
|---|---|---|
| DATED: 10/25, 2011 | By: | /s/ Thomas A. Ambrose |
| | | Thomas A. Ambrose, Esq. |
| | | Attorney for Plaintiff |
| | | JACKIE BOWYER |

| | | |
|---|---|---|
| DATED: 10/25, 2011 | By: | /s/ Gail C. Trabish |
| | | Gail C. Trabish, Esq. |
| | | Attorneys for Defendant |
| | | TARGET CORPORATION |

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing therefore,

**It is hereby ordered** that the time within which this action is to be dismissed be extended from October 26, 2011 to November 23, 2011.

Dated: October 27, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

Stipulation for Extension to File Dismissal of Action– Case No.11-CV-00804-LKK-GGH