1  THOMAS A. AMBROSE, ESQ.     (SBN 065041)
   Attorney at Law
2  1590 Webster Street, Suite A
   Fairfield, CA 94533
3  Telephone: (707) 429-5550
   Facsimile: (707) 429-3560
4  Attorney for Plaintiff
   JACKIE BOWYER
5
6  GAIL C. TRABISH, ESQ.  (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
7  A Professional Corporation
   555 12th Street, Suite 1800
8  Oakland, CA 960
   Telephone: (510) 834-4350
9  Facsimile: (510) 839-1897
   Attorneys for Defendant
10 TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JACKIE BOWYER | No.: 2:11-cv-00804-LKK-GGH |
|---|---|
| Plaintiff, | **[Solano Superior Court Case # FCS0368830]** |
| v. | **STIPULATION FOR EXTENSION TO FILE DISMISSAL OF ACTION; ORDER** |
| TARGET CORPORATION, TARGET STORES, TARGET STORES INCORPORATED, TARGET and DOES 1-40, | |
| Defendants. | Complaint Filed: November 8, 2010 |

**STIPULATION FOR EXTENSION TO FILE DISMISSAL OF ACTION; ORDER**

**It is hereby stipulated and agreed** by and between the parties hereto by and through their respective counsel, settlement having been reached in this matter and additional time being needed to determine lien reimbursement and payment, that the time within which this action is to be dismissed be extended from November 23, 2011 to December 6, 2011.

_____

Stipulation for Extension to File Dismissal of Action– Case No. 11-CV-00804-LKK-GGH

DATED: ___11/22_____, 2011   THOMAS A. AMBROSE, ESQ.

By: _____/s/_____
   Thomas A. Ambrose, Esq.
   Attorney for Plaintiff
   JACKIE BOWYER

DATED: ___11/23_____, 2011   BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation

By: _____/s/_____
   Gail C. Travish, Esq.
   Attorney for Defendant
   TARGET CORPORATION

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing therefore,

**It is hereby ordered** that the time within which this action is to be dismissed be extended from November 23, 2011 to December 6, 2011.

Dated:  December 1, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

Stipulation for Extension to File Dismissal of Action– Case No. 11-CV-00804-LKK-GGH