THOMAS A. AMBROSE, ESQ.     (SBN 065041)
Attorney at Law
1590 Webster Street, Suite A
Fairfield, CA 94533
Telephone: (707) 429-5550
Facsimile: (707) 429-3560
Attorney for Plaintiff
JACKIE BOWYER

GAIL C. TRABISH, ESQ.  (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 960
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE BOWYER<br><br>              Plaintiff,<br>       v.<br><br>TARGET CORPORATION, TARGET STORES, TARGET STORES INCORPORATED, TARGET and DOES 1-40,<br>              Defendants. | No.: 2:11-cv-00804-LKK-GGH<br><br>**[Solano Superior Court Case # FCS0368830]**<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>Complaint Filed: November 8, 2010 |

IT IS HEREBY STIPULATED by and between Plaintiff, JACKIE BOWYER, by and through her attorney of record, Thomas A. Ambrose, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice as to DEFENDANTS, TARGET CORPORATION, TARGET STORES, TARGET STORES INCORPORATED AND TARGET pursuant to F.R.C.P. 41 (a)(1), with each party to bear its own costs and attorney's fees.

_____
STIPULATION FOR DISMISSAL - CASE NO.  2:11-cv-00804-LKK-GGH

**IT IS SO STIPULATED.**

DATED: December 9, 2011                           THOMAS A. AMBROSE, ESQ.


                                                  By: _____/s/_____
                                                      Thomas A. Ambrose, Esq.
                                                      Attorney for Plaintiff
                                                      JACKIE BOWYER

DATED: December 9, 2011                           BOORNAZIAN, JENSEN & GARTHE
                                                  A Professional Corporation


                                                  By: _____/s/_____
                                                      Gail C. Travish, Esq.
                                                      Attorney for Defendant
                                                      TARGET CORPORATION,


## ORDER

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated:   December 15, 2011


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

STIPULATION FOR DISMISSAL - CASE NO. 2:11-cv-00804-LKK-GGH